1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   ANTONIO SHARP,                        1:07-cv-00458-LJO-SMS PC

10          Plaintiff,

11      vs.                               ORDER TO SUBMIT APPLICATION
                                          TO PROCEED IN FORMA PAUPERIS
12   A. D. MORRISON, et al.,              **OR** FILING FEE WITHIN THIRTY DAYS

13

14          Defendants.
    _____/

15          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17   pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY

18   ORDERED that:

19          1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21          2.  Within thirty days of the date of service of this order, plaintiff shall submit a

22   completed application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this

23   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

24

25   IT IS SO ORDERED.

26   **Dated:    April 13, 2007**                    **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE

27

28