# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SHARP, | CASE NO. 1:07-cv-00458-LJO-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| A. D. MORRISON, et al., | (Docs. |
| Defendants. | ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

Plaintiff Antonio Sharp ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 16, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice that any Objection was to be filed within thirty days. Plaintiff filed an Objection on May 5, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 16, 2008, is adopted;
2. This action shall proceed as one for money damages on Plaintiff's amended complaint, filed July 2, 2007, against Defendants Coronado, McNutt, Hernandez, and Morrison for use of excessive force;
3. Plaintiff's due process claim arising out of the loss of his time credits is dismissed, without prejudice, for failure to state a claim;
4. Plaintiff's equal protection, inmate appeals process, retaliation, section 1985, and section 1986 claims are dismissed, with prejudice, for failure to state a claim upon which relief may be granted;
5. Plaintiff's claims for equitable relief are dismissed for failure to state a claim;
6. Defendants Hill, Pilkerton, Jones, and Cano are dismissed based on Plaintiff's failure to state any claim upon which relief may be granted against them; and
7. This matter is referred back to the Magistrate Judge for service of process.

IT IS SO ORDERED.

**Dated:    June 10, 2008**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE