# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SHARP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. D. MORRISON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00458-LJO-SMS PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 10) |

　　　　Plaintiff Antonio Sharp ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 22, 2007. The Court screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it states a claim against Defendants Coronado, McNutt, Hernandez, and Morrison for use of excessive force, in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

　　　　1.　　Service shall be initiated on the following defendants:

　　　　　　　　C/O A. CORONADO

　　　　　　　　C/O J. MCNUTT

---

[1] On June 11, 2008, Plaintiff's due process, equal protection, inmate appeals process, retaliation, section 1985, and section 1986, and equitable relief claims were dismissed for failure to state a claim upon which relief may be granted, and Defendants Hill, Pilkerton, Jones, and Cano were dismissed based on Plaintiff's failure to state any claims upon which relief may be granted against them.

1

C/O M. P. HERNANDEZ

SGT. A. D. MORRISON

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed July 2, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Five (5) copies of the endorsed amended complaint filed July 2, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   June 13, 2008**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE