IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SHARP, | 1:07 -cv-00458-LJO-SMS (PC) |
|     Plaintiff, | ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL |
| vs. | WITHOUT PREPAYMENT OF COSTS |
| A.D. MORRISON, et al., | |
|     Defendants. | |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  The court previously ordered plaintiff to provide information for service of process on form USM-285, sufficient copies of the complaint for service, and a notice of compliance.  Plaintiff has filed the required papers.  Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (a) One completed and issued summons for each defendant to be served;

    (b) One completed USM-285 form for each defendant to be served;

    (c) One copy of the amended complaint filed on July 2, 2007 for each defendant to be served, plus an extra copy for the Marshal;

-1-

1      (d)    One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the
2                  Marshal;
3      (e)    One copy of the court's Order Re Consent or Request for Reassignment for <u>each</u>
4                  defendant to be served.
5      2.  Within ten days from the date of this order, the United States Marshal is directed to
6  notify the following defendants of the commencement of this action and to request a waiver of
7  service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566©:
8              C/O A. CORONADO
9              C/O J. MCNUTT
10             C/O M.P. HERNANDEZ
11             SGT A.D. MORRISON
12     3.  The U.S. Marshal is directed to retain the summons and a copy of the complaint in
13 their file for future use.
14     4.  The U.S. Marshal  shall file returned waivers of service as well as any requests for
15 waivers of service that are returned as undelivered as soon as they are received.
16     5.  If a waiver of service is not returned by a defendant within sixty days of the date of
17 mailing the request for waiver, the U.S. Marshal  shall:
18     (a)    Personally serve process and a copy of this order upon the defendant pursuant to
19                 Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.  § 566(c) and shall
20                 command all necessary assistance from the California Department of Corrections
21                 (CDC) to execute this order.  The U.S. Marshal  shall maintain the confidentiality
22                 of all information provided by the CDC pursuant to this order.
23     (b)    Within ten days after personal service is effected, the U.S. Marshal  shall file the
24                 return of service for the defendant, along with evidence of any attempts to secure
25                 a waiver of service of process and of the costs subsequently incurred in effecting
26                 service on said defendant.  Said costs shall be enumerated on the USM-285 form

and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. In the event that defendants make an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve those defendants.

7. In the event that defendants either waive service or are personally served, defendants are required to reply to the complaint. 42 U.S.C. §1997e(g)(2).

IT IS SO ORDERED.

**Dated:   July 16, 2008**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE