# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Sharp, | No. 1:07-CV-00458-SMM (PC) |
| Plaintiff, | **ORDER** |
| vs. | |
| A.D. Morrison, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Compel Discovery Responses and Request to Modify the Scheduling Order (Doc. 35).

Defendants move the Court for an order compelling Plaintiff to further respond to Defendants' interrogatories. Plaintiff presently is in administrative segregation. While Plaintiff has responded to Defendants' interrogatories, his responses have included a caveat that he does not have his property and thus, may not be able to respond fully to several of the interrogatories. The current Scheduling Order required all discovery to be completed by April 2, 2009, and thus, Defendants filed the present Motion to Compel.

Alternatively, Defendants request that the Court modify the scheduling order to permit discovery to continue for an additional thirty (30) days. Plaintiff has informed defense counsel that he will soon return to the general prison population and then would have access to his property. A thirty day extension presumably would allow Plaintiff to return to the general prison population and respond fully to Defendants' interrogatories.

1 | Good cause appearing,

2 | **IT IS HEREBY ORDERED DENYING** Defendants' Motion to Compel Discovery Responses (Doc. 35).

**IT IS FURTHER ORDERED GRANTING** Defendants' Request to Modify Scheduling Order (Doc. 35).

**IT IS FURTHER ORDERED** that the deadline for completion of discovery is extended to **May 4, 2009.**

**IT IS FURTHER ORDERED** that the deadline for dispositive motions is extended to **July 3, 2009.**

DATED this 6th day of April, 2009.

_____
Stephen M. McNamee
United States District Judge