**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

Antonio Sharp,           )    No. 1:07-CV-00458-SMM (PC)

        Plaintiff,    )    **ORDER**

vs.

A.D. Morrison, et al.,

        Defendants.

_____

      Before the Court is Defendants' Motion to Compel Discovery Responses and Request to Modify the Scheduling Order (Doc. 39).

      Defendants move the Court for an order compelling Plaintiff to further respond to Defendants' interrogatories.  Plaintiff presently is in administrative segregation.  While Plaintiff has responded to Defendants' interrogatories, his responses have included a caveat that he does not have his property and thus, may not be able to respond fully to several of the interrogatories.  Alternatively, Defendants request that the Court modify the scheduling order to permit discovery to continue for an additional thirty (30) days.  A thirty day extension presumably would allow Plaintiff to return to the general prison population and respond fully to Defendants' interrogatories.

      This is the second request for an order compelling Plaintiff to respond further to Defendants' interrogatories or in the alternative for an order extending the scheduling deadlines.  Plaintiff previously informed defense counsel that he was due to be released from administrative segregation soon.  Defense counsel was aware that Plaintiff was

housed in administrative segregation, and agreed to allow Plaintiff to fully respond to the discovery, if he indeed would be released from administrative segregation soon. Consequently, Defendants filed a Motion to Compel Discovery Responses and Request to Modify Scheduling Order (Doc. 35). The Court denied the motion to compel, but granted the request for an extension (Doc. 36). Defendant was given until May 4, 2009 to respond to the interrogatories.

Since the previous Motion to Compel was filed, Plaintiff's stay in administrative segregation has been extended. In a Motion for Transfer filed by Plaintiff, he confirms that he is still in administrative segregation and does not have access to his property (Doc. 37). Thus, Defendants renew their Motion to Compel and Request to Modify the Scheduling Order, seeking a Court order compelling Defendant to respond to the interrogatories or another thirty-day extension of the discovery deadline (Doc. 39).

The Court will grant a thirty-day extension for the completion of discovery. Plaintiff is ordered to respond to Defendants' interrogatories by June 3, 2009. In the event Plaintiff is not able to comply with this deadline, Plaintiff must file a response with the Court by June 3, 2009 explaining why compliance is not possible.

Good cause appearing,

**IT IS HEREBY ORDERED DENYING** Defendants' Motion to Compel Discovery Responses (Doc. 39).

**IT IS FURTHER ORDERED GRANTING** Defendants' Request to Modify Scheduling Order (Doc. 39).

**IT IS FURTHER ORDERED** that the deadline for completion of discovery is extended to **June 3, 2009**. Plaintiff must respond to Defendants' interrogatories by June 3, 2009, or file a response by that date explaining why he is unable to comply with this deadline.

**IT IS FURTHER ORDERED** that the deadline for dispositive motions is extended to **August 7, 2009**.

DATED this 7th day of May, 2009.

Stephen M. McNamee
United States District Judge