**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Sharp, ) | No. 1:07-CV-00458-SMM (PC) |
|   Plaintiff, ) | **ORDER** |
| vs. ) | |
| A.D. Morrison, et al., ) | |
|   Defendants. ) | |

Before the Court is Defendants' Motion for Thirty Day Extension of Time (Doc. 42). Defendants ask for a thirty day extension of both the discovery and dispositive motion deadlines. Defendants state that Plaintiff is still in administrative segregation and thus, he remains unable to fully answer Defendants' interrogatories.

The Court will grant a thirty-day extension for the completion of discovery. Plaintiff is ordered to respond to Defendants' interrogatories by July 3, 2009. In the event Plaintiff is not able to comply with this deadline, Plaintiff must file a response with the Court by July 3, 2009 explaining why compliance is not possible. A similar thirty-day extension will be given for filing dispositive motions.

Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendants' Motion for Thirty Day Extension of Time (Doc. 42).

**IT IS FURTHER ORDERED** that the deadline for completion of discovery is extended to **July 3, 2009**. Plaintiff must respond to Defendants' interrogatories by July 3,

1  2009, or file a response by that date explaining why he is unable to comply with this
2  deadline.
3       **IT IS FURTHER ORDERED** that the deadline for dispositive motions is
4  extended to **September 7, 2009**.
5       DATED this 5th day of June, 2009.

   _____
   Stephen M. McNamee
   United States District Judge