**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Sharp, ) | No. 1:07-CV-00458-SMM (PC) |
|           Plaintiff, ) | **ORDER** |
| vs. ) | |
| A.D. Morrison, et al., ) | |
|           Defendants. ) | |

On April 16, 2009, Plaintiff filed a Motion for Transfer (Doc. 37). Several days later, on April 20, 2009, Plaintiff filed a Motion to be Transferred to C.M.C. East (Doc. 38). No responses have been filed by Defendants. The Court will order Defendants to file responses providing the Court with an update on what action, if any, has been taken as a result of Plaintiff's motions. The Court will then permit Plaintiff to file replies if he chooses.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants must submit responses to Plaintiff's Motion for Transfer (Doc. 37) and Motion to be Transferred to C.M.C. East (Doc. 38) no later than **October 1, 2009**.

**IT IS FURTHER ORDERED** that any replies are to be submitted by Plaintiff no later than **October 14, 2009**.

DATED this 14th day of September, 2009.

Stephen M. McNamee
United States District Judge